United States District Court
Southern District of Texas
**ENTERED**
August 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 2:24-CR-190-1 |
| § | |
| RENE HERNANDEZ § | |
| § | |
| Defendant. § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A show cause hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and 18 U.S.C. § 3148. Defendant was previously granted a bond after a detention hearing was held on April 16, 2024. A petition for action on pretrial release was filed on August 20, 2024 with the Court alleging that Defendant violated condition 7(m) of his bond conditions ordering that he not use or unlawfully possess any narcotic drug or controlled substance unless prescribed by a licensed medical practitioner. (D.E. 52). The specific factual allegations are detailed in the petition. Defendant plead true to the allegation in the petition. The government presented one exhibit, laboratory reports regarding Defendant's tested urine specimens. The government and U.S. Probation requested that the Court revoke Defendant's bond. Defense counsel requested that bond be reinstated. The Court **FINDS** the allegations in the petition to be true.

The following requires detention of the defendant pending trial in this case:

(1) There is clear and convincing evidence that the Defendant has violated the condition of release; and

(2)   Defendant is unlikely to abide by any condition or combination of conditions of release.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on August 30, 2024.

_____
Julie K. Hampton
United States Magistrate Judge